UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBIN STEPHENS,

                            **Plaintiff,**             Case No. 07-CV-5614-VM

      -against-                                ORDER

SHUTTLE ASSOCIATES, LLC,
SUPERSHUTTLE INTERNATIONAL, INC.,
NEW YORK CITY TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and
"JOHN DOE," NYCT BUS DRIVER

                          **Defendants.**

-----------------------------------------------------------------X

    Having considered the Consent Motion to Establish Deadline to Respond to Complaint of defendant Shuttle Associates, LLC. (the "Motion"), and recognizing that plaintiff Robin Stephens consents to the Motion, the Motion is hereby

    GRANTED, and defendant Shuttle Associates, LLC will have until August 13, 2007 to respond to the complaint in this matter.

Dated:   June ___ 2007

                                                         By_____
                                                         United States District Judge