UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-07
```

ROBIN STEPHENS,

                        Plaintiff,        Case No. 07-CV-5614-VM

-against-                             ORDER

SUPER SHUTTLE, INC., SUPERSHUTTLE
INTERNATIONAL, INC., NEW YORK CITY
TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and
"JOHN DOE," NYCT BUS DRIVER

                        Defendants.

------------------------------------------------------------X

      Having considered the Consent Motion to Establish Deadline to Respond to Complaint of defendant SuperShuttle International, Inc. (the "Motion"), and recognizing that plaintiff Robin Stephens consents to the Motion, the Motion is hereby

      GRANTED, and defendant SuperShuttle International, Inc. will have until August 13, 2007 to respond to the complaint in this matter.

Dated: June 21, 2007

                                                      By _____
                                                          United States District Judge
                                                          **Victor Marrero**