UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ROBIN STEPHENS,

            Plaintiff,

-against-

SUPER SHUTTLE, INC., SUPER SHUTTLE
INTERNATIONAL, INC., NEW YORK CITY TRANSIT
AUTHORITY, MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and "JOHN
DOE," NYCT BUS DRIVER
           Defendants.

------------------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-07
```

STIPULATION OF
EXTENSION OF TIME
TO RESPOND TO
AMENDED COMPLAINT

07 cv 5614
(Marrero, J.) (Maas, M.J.)

IT IS HEREBY STIPULATED AND AGREED by the attorneys on behalf of Plaintiff and

Defendants New York City Transit Authority and Manhattan and Bronx Surface Operating

Authority in the above-captioned matter as follows:

  The time for Defendants New York City Transit Authority and Manhattan and Bronx

Surface Operating Authority to respond to Plaintiff's Amended Complaint is hereby extended to

August 13, 2007.

Dated:  July 2, 2007
     Brooklyn, N.Y. 11201

**Aaron David Frishberg**
116 W. 111th Street
New York, NY 10026
(212) 740-4544
(212) 222-2680 (Fax)

By: _____
  Aaron David Frishberg, Esq. (AF 6139)

**MARTIN B. SCHNABEL**
Vice President and General Counsel
130 Livingston Street, Room 1233
Brooklyn, N.Y. 11201
(718) 694-3889
(718) 694-4020 (Fax)

By: _____
  Ann Burton Goetcheus (AG 7265)

```
SO ORDERED:
7-11-07      _____
DATE         VICTOR MARRERO, U.S.D.J.
```

P003/003