SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Stephens                    Plaintiff,

                                                     7  cv  05614   (VM)

- against -

Super Shuttle, Inc., et al.       Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Thomas Earl Patton, attorney for SuperShuttle International, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph G. Cosby |
| Firm Name: | Tighe Patton Armstrong Teasdale, PLLC |
| Address: | 1747 Pennsylvania Ave., NW, Suite 300 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 454-2800 |
| Email Address: | jcosby@tighepatton.com |

is admitted to practice pro hac vice as counsel for SuperShuttle International, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7 August 2007
City, State: ~~Washington, DC 20006~~
           New York, NY

_____
United States District/~~Magistrate~~ Judge
**Victor Marrero**

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006