UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

ROBIN STEPHENS,

                              Plaintiff,

                          -against-

SUPER SHUTTLE, INC., SUPER
SHUTTLE INTERNATIONAL, INC., NEW
YORK CITY TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY and
"JOHN DOE," NYCT BUS DRIVER

                            Defendants.

**NOTICE OF MOTION**

CV-07-5614 (MARRERO, J.)

----------------------------------------------------------- x

To:    Aaron David Frishberg, Esq.
       116 West 111th Street
       New York, NY 10026
       *Attorney for Plaintiff*

       **PLEASE TAKE NOTICE** that, based on the Amended Complaint, the attached declaration of Ann Burton Goetcheus (with its exhibits), and the prior proceedings herein, the Defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority ("the Transit Defendants") will move this Court (Marrero, J.) at a time to be selected by the Court, for an order under Federal Rules of Civil Procedure 12(b)(6) and/or 21, dismissing in whole or in part the Seventh through Twelfth Causes of Action and/or severing those claims from the First through Sixth Causes of Action alleged against the SuperShuttle Defendants. The grounds for this motion, which are set out in detail in the accompanying memorandum of law, are that Plaintiff has failed to state claims upon which relief can be granted in her Seventh

-#977445
2007-9948

through Twelfth Causes of Action and that the Causes of Action alleged against the SuperShuttle Defendants are wholly unrelated to those against the TA Defendants.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served within 20 days.

Dated: August 13, 2007

Yours, etc.

Ann Burton Goetcheus (AG 7265)
Office of the General Counsel
New York City Transit Authority
130 Livingston Street (12th Floor)
Brooklyn, NY 11201
Tel. [718] 694-3889
*Attorneys for the Transit Defendants*

cc:  Thomas Patton (TP-6189)
Tighe Patton Armstrong & Teasdale
*Attorneys for SuperShuttle Defendants*
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2840

-#977445
2007-9948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBIN STEPHENS,

                Plaintiff,

            -against-                              SDNY # 07 CV 5614

SUPER SHUTTLE, INC., SUPER SHUTTLE
INTERNATIONAL, INC., NEW YORK CITY        (Index No.: 07/104791)
TRANSIT AUTHORITY, MANHATTAN AND
BRONX SURFACE TRANSIT OPERATING          AFFIDAVIT OF SERVICE
AUTHORITY and "JOHN DOE," NYCT BUS       BY MAIL
DRIVER,

                Defendant.
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF KINGS)

       **NURY AROCA** being duly sworn deposes and says:

       I am an employee of the New York City Transit Authority, in the office of Martin B. Schnabel, Attorney for defendant. I am over the age of 18 years and am not a party to this action. On the 13th day of August 2007, I served the annexed **Notice of Motion and Declaration of Ann Burton Goetcheus in Support of Transit Defendants' Motion to Dismiss and/or Sever**, upon:

Joseph Cosby, Senior Counsel                  Aaron David Frishberg
Tighe Patton Armstrong & Teasdale           116 W. 111th Street
1747 Pennsylvania Avenue, N.W. Suite 300   New York, N.Y. 10026
Washington, D.C. 20006

by delivering a true copy of the same securely enclosed in a post-paid wrapper in a Post Office Box regularly maintained by the United States Government at 130 Livingston Street, Brooklyn, New York 11201, properly addressed to said attorney(s) at said address within the state with a copy sent by facsimile. This address had been previously designated by said attorney(s) for that purpose, upon the preceding papers in this action.

                                                        _____
                                                        NURY AROCA

Sworn to before me this
13th day of August, 2007

_____
NOTARY PUBLIC

                                                  ANGELA C. MCDUFFIE
                                          NOTARY PUBLIC STATE OF NEW YORK
                                              NO. 01MC60817??
                                              QUALIFIED IN NEW YORK COUNTY
                                              COMMISSION EXPIRES OCT 8 20 10

#995295