UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROBIN STEPHENS,

      Plaintiff

v.

SHUTTLE ASSOCIATES, LLC., et al.

      Defendants

No. 07-cv-5614 (VM)
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 OF DEFENDANTS SHUTTLE ASSOCIATES, LLC AND SUPERSHUTTLE INTERNATIONAL INC.**

_____

      Defendants Shuttle Associates, LLC and SuperShuttle International, Inc., by their undersigned attorneys, make the following corporate disclosure pursuant to Fed. R. Civ. Pro. 7.1:

      1. Defendant SuperShuttle International Inc. is a wholly-owned subsidiary of Veolia Transportation, Inc.

      2. Defendant Shuttle Associates, LLC is a wholly-owned subsidiary of defendant SuperShuttle International, Inc.

Dated: August 13, 2007      Respectfully submitted,
Filed Electronically

          /s/ Joseph G. Cosby
Thomas Earl Patton TP 6189
Joseph G. Cosby (admitted *pro haec vice*)
TIGHE PATTON ARMSTRONG TEASDALE
1747 Pennsylvania Ave. N.W. Suite 300
Washington, D.C. 20006
202 454 2840

OF COUNSEL:

        Peter F. Healey
        TIGHE PATTON ARMSTRONG TEASDALE
        1747 Pennsylvania Ave. N.W. Suite 300
        Washington, D.C. 20006
        202 454 2840

Case 1:07-cv-05614-VM    Document 13    Filed 08/13/2007    Page 2 of 2