UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROBIN STEPHENS,

          Plaintiff

          v.

SHUTTLE ASSOCIATES, LLC., et al.

          Defendants

No. 07-cv-5614 (VM)
**CORPORATE DISCLOSURE
STATEMENT PURSUANT TO
FED. R. CIV. PRO. 7.1 OF
DEFENDANTS SHUTTLE
ASSOCIATES, LLC
AND SUPERSHUTTLE
INTERNATIONAL INC.**

_____

Defendants Shuttle Associates, LLC and SuperShuttle International, Inc., by their

undersigned attorneys, make the following corporate disclosure pursuant to Fed. R. Civ.

Pro. 7.1:

      1. Defendant SuperShuttle International Inc. is a wholly-owned subsidiary of

Veolia Transportation, Inc.

      2. Defendant Shuttle Associates, LLC is a wholly-owned subsidiary of defendant

SuperShuttle International, Inc.

Dated:  August 13, 2007      Respectfully submitted,
Filed Electronically


                    /s/ Joseph G. Cosby
                Thomas Earl Patton TP 6189
                Joseph G. Cosby (admitted *pro haec vice*)
                TIGHE PATTON ARMSTRONG TEASDALE
                1747 Pennsylvania Ave. N.W. Suite 300
                Washington, D.C. 20006
                202 454 2840

OF COUNSEL:

Peter F. Healey
TIGHE PATTON ARMSTRONG TEASDALE
1747 Pennsylvania Ave. N.W. Suite 300
Washington, D.C. 20006
202 454 2840