SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robin Stephens          Plaintiff,

- against -

Super Shuttle, Inc., et al.   Defendant.

7 cv 05614 (VM)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas Earl Patton, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Joseph G. Cosby
Firm Name:          Tighe Patton Armstrong Teasdale, PLLC
Address:            1747 Pennsylvania Ave., NW, Suite 300
City/State/Zip:     Washington, DC 20006
Phone Number:       (202) 454-2800
Fax Number:         (202) 454-2805

Joseph G. Cosby    is a member in good standing of the Bar of the States of
Massachusetts and the District of Columbia

There are no pending disciplinary proceeding against   Joseph G. Cosby
in any State or Federal court.

Dated:       8/1/2007
City, State: Washington, DC 20006

Respectfully submitted,

Sponsor's
SDNY Bar TP-6189
Firm Name: Tighe Patton Armstrong Teasdale PLLC
Address: 1747 Pennsylvania Avenue, Suite 300
City/State/Zip: Washington, DC 20006
Phone Number: (202) 454-2800
Fax Number:   (202) 454-2805

~SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROBIN STEPHENS | Plaintiff, | |
| - against- | | 07 cv 5614 (VM) |
| SUPER SHUTTLE, INC., et al. | Defendant. | AFFIDAVIT OF THOMAS EARL PATTON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York      )
                       ) ss:
County of New York     )

(Thomas Earl Patton) , being duly sworn, hereby deposes and says as follows:

1. I am a partner of Tighe Patton Armstrong Teasdale, PLLC, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs motion to admit Joseph G. Cosby as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1966. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joseph G. Cosby since August 2000.

4. Mr. Cosby is Of Counsel at Tighe Patton Armstrong Teasdale, PLLC, in Washington, D.C.

5. I have found Mr. Cosby to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joseph G. Cosby, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Joseph G. Cosby, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joseph G. Cosby, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: August  1 , 2007
City, State: Washington, D.C.
Notarized:

Respectfully submitted,

_____
Name of Movant: Thomas Earl Patton
SDNY Bar Code: TP-6189

SDNY Form Web 10/2006



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOSEPH GERARD COSBY

was on the  9TH  day of  MARCH, 2001  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 9, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Stephens         Plaintiff,

                                            7  cv  05614  (VM)

- against -
Super Shuttle, Inc., et al.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Thomas Earl Patton, attorney for SuperShuttle International, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph G. Cosby |
| Firm Name: | Tighe Patton Armstrong Teasdale, PLLC |
| Address: | 1747 Pennsylvania Ave., NW, Suite 300 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 454-2800 |
| Email Address: | jcosby@tighepatton.com |

is admitted to practice pro hac vice as counsel for SuperShuttle International, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: Washington, DC 20006

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Admission Pro Hac Vice was sent, certified mail, return receipt to, Admissions Clerk, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007; The Honorable Victor Marrero, United States District Judge, U.S. District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007; Ann B. Goetcheus, Executive Agency Counsel, New York City Transit, Law Department, 130 Livingston St., 12th floor, Brooklyn, NY 11201; Aaron D. Frishberg, Law Office of Aaron David Frishberg, 116 W. 111th Street, New York, NY 10026, this 2nd day of August 2007.

_____
Thomas Earl Patton