SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOC # _____

*[stamp:] U.S. DISTRICT COURT FILED AUG 16 2007 S. D. OF N.Y.*

Robin Stephens                    Plaintiff,

7    cv    05614    (VM)

- against -

Super Shuttle, Inc., et al.        Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Thomas Earl Patton,    attorney for   SuperShuttle International, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joseph G. Cosby |
| Firm Name: | Tighe Patton Armstrong Teasdale, PLLC |
| Address: | 1747 Pennsylvania Ave., NW, Suite 300 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 454-2800 |
| Email Address: | jcosby@tighepatton.com |

is admitted to practice pro hac vice as counsel for   SuperShuttle International, Inc.        in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:  16 August 2007
City, State:  Washington, DC 20006

_____
Victor Marrero
United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY.  FEE PAID $ _____        SDNY RECEIPT# _____
SDNY Form Web 10/2006