# AARON DAVID FRISHBERG, ESQ.

116 WEST 111 STREET   NEW YORK NEW YORK 10026
TELEPHONE: 212. 740-4544

August 15, 2007

Hon. Victor Marrero, USDJ
500 Pearl Street
New York, NY 10007
via fax: 212 805 6382

Re: Stephens v. Shuttle Associates, LLC et al.
07-CV-5614

Honorable Sir:

I represent the Plaintiff in the above action. Defendants New York City Transit Authority obtained extensions of their time to respond to the complaint from June 14, 2007 to July 16, 2007, and then to August 13, 2007. They have now moved to dismiss in lieu of answering, filing, along with a extensive memorandum of law and the declaration of counsel, a document containing of over sixty pages in length containing numerous exhibits.

Under Local Rule 6.1, Plaintiff's responsive papers would be due ten business days after the motion was filed, on August 27, 2007. I write to request a thirty day extension of my time to respond to this motion, to afford me adequate time to do so, until September 26, 2007

Respectfully submitted,

*Aaron David Frishberg*

Aaron David Frishberg
Attorney for Plaintiff

Joseph G. Cosby, Esq.

> Request GRANTED. The time for plaintiff to respond to defendant New York City Transit Authority's motion to dismiss is extended to 9-26-07. Defendant's time to reply shall be not later than 10-15-07.
>
> SO ORDERED:
> 8-15-07
> DATE   VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-07