UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBIN STEPHENS,

    Plaintiff

        v.

SHUTTLE ASSOCIATES, L.L.C.,
SUPERSHUTTLE INTERNATIONAL, INC.,
NEW YORK CITY TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, and "JOHN DOE," NYCT
BUS DRIVER
    Defendants
_____

DKT. NO. 07-cv-5614 (VM)

JURY DEMAND

Plaintiff hereby demands trial by jury of all issues triable by jury.

*Aaron David Frishberg*

Aaron David Frishberg (AF 6139)
Attorney for Plaintiff