370 Jay Street  
Brooklyn, NY 11201

Lawrence G. Reuter  
President


**New York City Transit**

718 694-3889

August 20, 2007

**BY FACSIMILE 212 805-6382**

The Honorable Victor Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street - Rm 660  
New York, NY 110007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-07
```

Re: *Stephens v. SuperShuttle, et al* 07 CV 5614 (VM)

Dear Judge Marrero:

    We represent the Defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority ("Transit Defendants") in the above-captioned suit. I write to request that you grant an extension of the Transit Defendants' time to reply to Plaintiff's Response to their Motion to Dismiss or, in the alternative, sever the claims from those against the SuperShuttle Defendants from October 15 to October 29, 2007. The reason for the request is that counsel has a European vacation planned for October 8, 2007 and for the period from October 11-19, 2007. I have contacted counsel for the other parties, leaving a message and sending an email for Plaintiff's counsel and obtaining consent from the counsel for the SuperShuttle Defendants.

    I will greatly appreciate your approval of this request.

Sincerely yours,

Ann Burton Goetcheus  
Executive Agency Counsel

**SO ORDERED:** Request GRANTED. The time for Transit Defendants herein to reply to their motion to dismiss the complaint or sever claims is extended to 10-29-07.

8-20-07  
DATE    VICTOR MARRERO, U.S.D.J.

cc:  Aaron David Frishberg  
      Attorney for Plaintiff  
      116 W. 111th Street  
      New York, N.Y. 10026  
      (212) 740-4544  
      (212) 222-2680 (fax)

      Joseph Cosby  
      Senior Counsel  
      Attorneys for SuperShuttle Defendants  
      Tighe Patton Armstrong Teasdale, PLLC  
      1747 Pennsylvania Ave., NW, Suite 300  
      Washington, DC 20006-4604  
      Phone: (202) 454-2880  
      Facsimile: (202) 454-2805

#998151  
2007-9948