# AARON DAVID FRISHBERG, ESQ.

116 WEST 111 STREET   NEW YORK NEW YORK 10026
TELEPHONE: 212. 740-4544

September 28, 2007

Hon. Victor Marrero, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Stephens v. Shuttle Associates, Inc., et al.
Dkt. No. 07 civ 5614

Honorable Sir:

I write to request, nunc pro tunc, an extension of my time to file opposition to Defendants' New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority's motion to dismiss/summary judgment/severance.

Having requested and obtained from the Court an initial extension from the ten days provided for by Local Rules to address the motion, by extending my time to respond, my opposition papers should have been filed on Wednesday, September 26, 2007. I apologize to the Court and opposing counsel for having to make this request after the fact.

I note that counsel for the Transit Authority defendants, Ann Burton Goetcheus, is planning a trip to Europe, commencing next week, on October 8, and has accordingly requested and obtained an extension of her time to reply, to October 29, 2007. Her letter indicates that she will be returning to New York on October 15, 2007.

I would therefore request that my time to respond to Defendants' motion be extended to October 15, 2007. If, upon review of my answering papers, Ms. Goetcheus requires additional time to reply, beyond October 29, 2007, I hereby consent to any extension which the Court deems reasonable.

Respectfully submitted,

Aaron David Frishberg
Attorney for Plaintiff

cc: Ann Burton Goetcheus
    Joseph Cosby

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-07

Request GRANTED. The briefing schedule with regard to the motion to dismiss/summary judgment herein is extended as set forth herein: motion papers submitted by _____; response 10-15-07; reply 11-16-07.
SO ORDERED.
10-1-07
DATE    VICTOR MARRERO, U.S.D.J.