# AARON DAVID FRISHBERG, ESQ.

116 WEST 111 STREET  NEW YORK NEW YORK 10026

TELEPHONE 212-740-4544

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-07
```

October 13, 2007

Hon. Victor Marrero, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Stephens v. Shuttle Associates, et al.
Dkt. No. 07 civ 5614

Dear Judge Marrero:

My practice is concentrated in the vindication of the rights of persons with disabilities. My responding brief is due on Monday on a motion for dismissal, summary judgment, or severance, by the New York City Transit Authority and MaBSTOA, who we allege violated the rights of my client to board and utilize bus service with her wheelchair, in violation of Title II and Title II-a of the Americans with Disabilities Act;

Meanwhile, however, I received an eleventh hour notice by faxsimile from Rockland Psychiatric Center (formerly Rockand State Hospital) that the hospital would be conducting an investigative interview on Tuesday morning of one of my Rockland in-patient clients there, with the intent of assessing the need to seek an order for treatment over her objection.

Consequently, I must in good conscience spend the next few days in preparing my client for that momentous hearing, and am therefore writing to request a third, brief extension, from Monday, October 15, 2007 to Friday, October 19, 2007, of my time to file and serve on opposing counsel the answering papers to the Transit defendants' motion. I have not had an opportunity to seek opposing counsel's consent, due to the ermergent nature of the matter and the short notice to me, which I found in my incoming e-faxed mail this morning. I would offer in advance my consent to any further extension required

by Ms. Goetcheus based upon this change in briefing schedule. I apologize for any inconvenience this extension causes opposing counsel or the Court.

Respectfully submitted,

Aaron David Frishberg
Attorney for Plaintiff

cc: via fax
Ann Burton Goetcheus, Exec. Agency Counsel
Joseph Cosby

Respectu

---

Request GRANTED. The briefing schedule with regard to the motion _for summary judgment or severance_ herein is extended as set forth herein: motion papers submitted by _____; response _10-19-07_; reply _11-23-07_.

SO ORDERED.

_10-15-07_
DATE       VICTOR MARRERO, U.S.D.J.