UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBIN STEPHENS,

    Plaintiff

        v.

SHUTTLE ASSOCIATES, L.L.C.,
SUPERSHUTTLE INTERNATIONAL, INC.,
NEW YORK CITY TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, and "JOHN DOE," NYCT
BUS DRIVER
    Defendants

_____

DKT. NO. 07-cv-5614 (VM)

NOTICE OF CROSS-MOTION

Sirs/Madams:

Please take notice that upon the annexed declarations of Aaron David Frishberg and Robin Stephens, and upon all the papers and proceedings heretofore had in this matter, Plaintiff will cross-move in this Court at the Court House, 500 Pearl Street, New York, NY 10007, before Hon. Victor Marrero, USDJ, on a date to be set by the Court, on submission, for an Order granting Plaintiff leave to amend the "Amended Complaint" in this proceeding to identify the defendant named as "John Doe, NYCT Bus Driver" as Bus Operator "John" Gregory, together with such further, other and different relief as this Court deems just in the premises.

Yours, etc.,

*Aaron David Frishberg*

Aaron David Frishberg (AF 6139)
Attorney for Plaintiff Robin Stephens
116 W. 111th Street
New York, NY 10026
212 740 4544