130 Livingston Street
Brooklyn, NY 11201

Howard H. Roberts, Jr.
President

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____ │
│ DATE FILED: 10-24-07    │
└─────────────────────────┘
```



# New York City Transit

718 694-3889

October 23, 2007

**BY FACSIMILE 212 805-6382**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street - Rm 660
New York, NY 110007

Re: *Stephens v. SuperShuttle, et al* 07 CV 5614 (VM)

Dear Judge Marrero:

  We represent the Defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority ("Transit Defendants") in the above-captioned suit. I write to request a further extension be granted to the Transit Defendants to reply in view of Plaintiff's still incomplete submission of her response several days after the expiration of the latest extension she had received to file.

  Plaintiff originally requested and received a thirty-day extension from August 26 to September 26, 2007 to reply to the Transit Defendants' motion. With two more extensions granted by this Court, Plaintiff's reply was due on October 19, 2007. Plaintiff finally submitted it, in part, to ECF at 7:35 pm on October 22, 2007 but the submission lacks Plaintiff's Affidavit and attachments and a proposed Amended Complaint that are referenced in the Memorandum of Law and Counsel's Declaration.

  Transit Defendants' Reply is now due on November 23, 2007, the Friday after Thanksgiving, a date that is a holiday at the Transit Authority. On the assumption that Plaintiff will submit the remaining portions of her reply within the next few days, I respectfully request that Transit Defendants' time to reply be extended to December 7, 2007. If there is further delay in Plaintiff's submissions, Transit Defendants may again be required to apply to this Court for further extension of its time to reply. Thank you for your consideration of this request.

Sincerely yours,

*Ann Burton Goetcheus*
Ann Burton Goetcheus
Executive Agency Counsel

> Request GRANTED. The briefing schedule with regard to the motion to dismiss or sever herein is extended as set forth herein: motion papers submitted by _____; response _____; reply 12-7-07. Plaintiff is directed to advise the Court whether the proposed amended complaint referred to herein affects the issues involved in the pending motion.
>
> SO ORDERED.
>
> 10-23-07
> DATE    VICTOR MARRERO, U.S.D.J.

2007-9958
##1017806

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
Peter S. Kalikow, Chairman

cc: Aaron David Frishberg  
Attorney for Plaintiff  
116 W. 111th Street  
New York, N.Y. 10026  
(212) 740-4544  
(212) 222-2680 (fax)

Joseph Cosby  
Senior Counsel  
Attorneys for SuperShuttle Defendants  
Tighe Patton Armstrong Teasdale, PLLC  
1747 Pennsylvania Ave., NW, Suite 300  
Washington, DC 20006-4604  
Phone: (202) 454-2880  
Facsimile: (202) 454-2805

Case 1:07-cv-05614-VM   Document 24   Filed 10/24/2007   Page 2 of 2