```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBIN STEPHENS,

                Plaintiff,

-against-

SHUTTLE ASSOCIATES, LLC, SUPERSHUTTLE
INTERNATIONAL, INC., NEW YORK CITY
TRANSIT AUTHORITY, MANHATTAN AND
BRONX SURFACE TRANSIT OPERATING
AUTHORITY, and "JOHN DOE", NYCT BUS DRIVER,
                Defendants.
------------------------------------------------------------X

07 CIVIL 5614 (VM)

**JUDGMENT**

      Plaintiff having moved for an Order pursuant to Fed. R. Civ. P. 41 dismissing Shuttle Associates, LLC and Supershuttle International, Inc. from the within action with prejudice and without costs, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on February 21, 2008, having rendered its Memo Endorsed Order directing the Clerk of the Court to enter judgment dismissing the complaint as against defendants Shuttle Associates, LLC and Supershuttle International, Inc., with prejudice and without costs, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 21, 2008, the complaint is dismissed as against defendants Shuttle Associates, LLC and Supershuttle International, Inc., with prejudice and without costs.

Dated: New York, New York
       February 22, 2008

                                         **J. MICHAEL McMAHON**
                                            Clerk of Court
                       BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____