UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBIN STEPHENS,

    Plaintiff

        v.

NEW YORK CITY TRANSIT AUTHORITY,
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, and BUS OPERATOR
GREGORY

    Defendants
_____

DKT. NO. 07-cv-5614 (VM)

Sirs/Madams:

    Please take notice that upon the memorandum of law submitted herewith, Plaintiff hereby moves this Court pursuant to F.R.Civ. P. Rule 59 and S.D.N.Y. Local Civil Rule 6.3 for reconsideration or reargument of so much of this Court's Decision and Order dated April 10, 2008 as dismissed Plaintiff's claims under the Americans with Disabilities Act, the Rehabilitation Act of 1973, the New York State Human Rights Law, and the New York City Human Rights Law.

                                                Respectfully submitted,

*Aaron David Frishberg (AF 6139)*
*116 W. 111th Street*
*New York, NY 10026*
*212 740 4544*
*Attorney for Plaintiff Robin Stephens*